452 A.2d 62

Commonwealth v. Karpinski, Jr., Appellant.

Argued February 1, 1982. Leonard R. Apfelbaum, for appellant; R. Michael Kaar, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence of the learned Northumberland County Common Pleas Court Judge Samuel C. Ranck is affirmed.